CHRISTIAN PETERSEN, Respondent, *v.* EAST RIVER LAND
COMPANY et al., Appellants.

*Petersen v. East River Land Co.*, 172 App. Div. 925, affirmed.

(Argued October 25, 1918; decided November 12, 1918.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered January 21, 1916, *unanimously* affirming a judg-
ment in favor of plaintiff entered upon a decision of the
court on trial at Special Term in an action to impress
and foreclose a vendee's lien against certain real property.
Christian Petersen sued the East River Land Company
and the Rickert-Finlay Realty Company, alleging that
the Rickert-Finlay Realty Company was engaged in
certain real estate developments, among them one known
as the "East River Heights;" that the East River Land
Company was practically the Rickert-Finlay Realty
Company; that by reason of certain promises and repre-
sentations by the Rickert-Finlay Realty Company, upon
which he relied, he was induced to enter into a contract
with the East River Land Company for the purchase of
a lot; that certain of these representations had been
embodied in a covenant and made a part of the contract
of sale; that he performed the contract on his part; that
the contract had not been carried out by defendants in
that two material matters, namely, the laying of sewers
and the macadamizing of the street had not been done
within a reasonable time; that the East River Land
Company had ceased to be a going concern in 1911.
The answer of the East River Land Company denied
the material allegations, and set up a separate defense

that the plaintiff refused to perform. ' The answer of the Rickert-Finlay Realty Company was practically the same, except that it expressly alleged that it entered into a contract with the plaintiff, and set out the contract.

· *George E. Blackwell* for appellants.

*I. R. Oeland* and *H. E. J. MacDermott* for respondent. ·

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN and MCLAUGHLIN, JJ. Absent: CRANE, J.